UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

THE ROAD DAWGS MOTORCYCLE CLUB OF
THE UNITED STATES, INC.; NEW YORK
ROAD DAWGS MOTORCYCLE CLUB, INC.;
MASSACHUSETTS ROAD DAWGS, INC.; and
RICHARD E. DOWNEY,                                            5:05-CV-0966
                              Plaintiffs,                     (GTS/DEP)

v.

"CUSE" ROAD DAWGS, INC.; and JOHN
DOES 1-XX,
                              Defendants.
_____

APPEARANCES:                                  OF COUNSEL:

MARJAMA MULDOON BLASIAK & SULLIVAN LLP    JAMES R. MULDOON, ESQ.
  Counsel for Plaintiffs                   ROBERT E. RIGBY, JR., ESQ.
250 South Clinton Street, Suite 300
Syracuse, New York 13202

CARROLL & CARROLL LAWYERS, P.C.           WOODRUFF L. CARROLL, ESQ.
  Counsel for Defendants
441 South Salina Street
Syracuse, New York 13202

HON. GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

Currently pending before the Court in this trademark infringement action is Defendants'

motion for reconsideration (Dkt. No. 24) of the Court's Decision and Order of November 12,

2009 (Dkt. No. 23).  Familiarity with that Decision and Order, as well as the grounds for

Defendants' motion for reconsideration, are assumed in this Decision and Order, which is

intended primarily for review of the parties.  After carefully considering the matter, the Court

denies Defendants' motion for the reasons stated in Plaintiffs' opposition papers.  (Dkt. No. 26.)

**ACCORDINGLY**, it is

**ORDERED** that Defendants' motion for reconsideration (Dkt. No. 24) is **DENIED**.

Dated: December 18, 2009
      Syracuse, New York

Hon. Glenn T. Suddaby
U.S. District Judge