# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

THE ROAD DAWGS MOTORCYCLE CLUB OF
THE UNITED STATES, INC.; NEW YORK
ROAD DAWGS MOTORCYCLE CLUB, INC.;
MASSACHUSETTS ROAD DAWGS, INC.; and
RICHARD E. DOWNEY,                                                5:05-CV-0966 (GTS/DEP)
           Plaintiffs,

v.

"CUSE" ROAD DAWGS, INC.; and JOHN
DOES 1-XX,
           Defendants.

**Decision by Court.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's motion for summary judgment is granted in part and denied in part; Defendant's motion for summary judgment is denied. The Court ordered a permanent injunction against the Defendants as set forth in the amended memorandum decision and order (Docket #31) of the Honorable Judge Glenn T. Suddaby, dated the 22nd day of December, 2009.

DATED: December 22, 2009

*Lawrence K. Baerman*
Clerk of Court

s/
L. Welch
Deputy Clerk