# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## AMENDED JUDGMENT IN A CIVIL CASE

THE ROAD DAWGS MOTORCYCLE CLUB OF
THE UNITED STATES, INC.; NEW YORK
ROAD DAWGS MOTORCYCLE CLUB, INC.;
MASSACHUSETTS ROAD DAWGS, INC.; and
RICHARD E. DOWNEY,   5:05-CV-0966 (GTS/DEP)
        Plaintiffs

v.

"CUSE" ROAD DAWGS, INC.; and JOHN
DOES 1-XX,
        Defendants

**Decision by Court.**   This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's motion for summary judgment is granted in part and denied in part; Defendant's motion for summary judgment is denied. The Court ordered a permanent injunction against the Defendants as set forth in the Second Amended Memorandum Decision and Order of the Honorable Judge Glenn T. Suddaby, dated December 30th, 2009.

DATED: December 30, 2009

        *[signature]*
        Clerk of Court

        s/
        Joanne Bleskoski
        Deputy Clerk